# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### March 8, 2010

| 28335 | State v. Huff | Affirmed |
|---|---|---|

### March 9, 2010

| 29557 | State v. Burdett | Affirmed |
|---|---|---|

### March 11, 2010

| 29370 | H.K. v. R.L. | Affirmed |
|---|---|---|

### March 18, 2010

| 27900 | Takayama v. Zera | Affirmed |
|---|---|---|
| 29455 | Tew v. State | Affirmed |

### March 19, 2010

| 29645 | Koolau Cattle Co. LLC v. Oliver | Affirmed |
|---|---|---|
| 29307 | State v. Grindling | Affirmed |
| 29555 | State v. Kaeo-Tomaseli | Affirmed |
| 29848 | State v. Liesemeyer | Vacated and remanded |
| 29625 | State v. Phanpradith | Affirmed |

### March 22, 2010

| 29614 | Fetalvero v. State | Affirmed |
|---|---|---|

### March 24, 2010

| 29504 | Chatman v. State | Affirmed |
|---|---|---|

### March 25, 2010

| 29369 | State v. Lopes | Reversed |
|---|---|---|

### March 30, 2010

| 29753 | State v. Watanabe | Affirmed |
|---|---|---|

### March 31, 2010

29003      State v. Pang                                                                Affirmed